[No. 27105-9-I. Division One. October 28, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRI JAMAR BLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-00681-8, R. Joseph Wesley, J., entered

September 21, 1990. *Dismissed* by unpublished per curiam opinion.